443 A.2d 408

Spanovich et ux. v. Dinert, Appellant.

 Argued November 12, 1980. Paul D. Kruper, for appellant; Richard S. Crone, for appellees.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

Order and judgment affirmed.

443 A.2d 408

Turner, Jr. v. Turner, Appellant.

 Submitted June 1, 1981. Norman M. Lubin, for appellant; John A. Felix, for appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment affirmed.